**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| BRETT M. LEVY | : | CASE NO. 16-51087 (AST) |
| | : | |
| DEBTOR | : | AUGUST 31, 2016 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance as counsel for MICHAEL GRAFF, Creditor in the above-captioned case, and pursuant to, *inter alia*, Bankruptcy Rules 2002, 2015 and 9007, and Sections 102(1) and 1109 of the Bankruptcy Code, requests that all notices given or required to be given in the above-captioned case and all papers served in the above-captioned case be given to and served upon the undersigned at the office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other document brought before the Court in the above-captioned case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by regular or overnight mail, hand delivery, electronic mail, telephone, telegraph, telex, facsimile transmission or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights, if any:  (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (2) to a trial by jury in any proceeding so triable in this case, or in

any case, controversy or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal of reference; or (4) regarding any claims, actions, setoffs, recoupments or other rights of any nature whatsoever, all of which are expressly reserved.

> By:  /s/ David E. Dobin
> David E. Dobin (ct28526)
> Cohen and Wolf, P.C.
> 1115 Broad Street
> Bridgeport, CT 06601
> (203) 337-4120
> Fax: (203) 337-5520
> E-Mail: ddobin@cohenandwolf.com

**CERTIFICATION OF SERVICE**

I hereby certify that on the date hereof, service of the foregoing was accomplished through the Notice of Electronic Filing for parties or counsel who are registered Filers and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, on parties or counsel that are not registered Filers, as follows:

*Via Electronic Notice of Filing:*

    Richard M. Coan    ct14@ecfcbis.com

    Maximino Medina    mmedina@znclaw.com

    Linda St. Pierre    bankruptcy@huntleibert.com, lstpierre@huntleibert.com

    U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV

    Suzanne B. Sutton    ssutton@cohenandwolf.com

*Via U. S. First Class Mail:*

    Brett M. Levy
    93 Downs Avenue
    Stamford, CT 06902

                                    /s/ David E. Dobin
                                        David E. Dobin